

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00630-CR

**EX PARTE** Robert Edward **DUDLEY**

Original Habeas Corpus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  September 25, 2013

PETITION FOR WRIT OF HABEAS CORPUS DISMISSED FOR LACK OF JURISDICTION

On September 16, 2013 Robert Edward Dudley filed an original pro se petition for writ of habeas corpus. This court, as an intermediate court of appeals, is not authorized to grant the relief requested. Pursuant to section 22.221(d) of the Texas Government Code, in civil matters, a court of appeals "may issue a writ of habeas corpus when it appears that the restraint of liberty is by virtue of an order, process, or commitment issued by a court or judge because of the violation of an order, judgment, or decree previously made, rendered, or entered by the court or judge in a civil case." TEX. GOV'T CODE ANN. § 22.221(d) (West 2004). In criminal matters, however, an intermediate court of appeals has no original habeas corpus jurisdiction. *Chavez v. State*, 132 S.W.3d 509, 510 (Tex. App. — Houston [1st Dist.] 2004, no pet.); *Watson v. State*, 96 S.W.3d

---

[1] This proceeding arises out of Cause No. 2012CR8670, styled *The State of Texas v. Robert Edward Dudley*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.

497, 500 (Tex. App.—Amarillo 2002, pet. ref'd); *Dodson v. State*, 988 S.W.2d 833, 835 (Tex. App.—San Antonio 1999, no pet.). In criminal matters, the courts authorized to issue writs of habeas corpus are the Texas Court of Criminal Appeals, district courts, and county courts. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05 (West 2005). Therefore, the petition for writ of habeas corpus is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH